1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5

6  Attorneys for Defendant Ms. Nunez-Acosta

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )    Case No.  08mj8325
                                      )
12             Plaintiff,             )
                                      )
13 v.                                 )
                                      )    **NOTICE OF APPEARANCE**
14 **MARIA PARTICIA NUNEZ-ACOSTA**,   )
                                      )
15             Defendant.             )
                                      )
16  _____  )

17             Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Elizabeth M. Barros, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the

19 above-captioned case.

20                                         Respectfully submitted,

21 Dated: April 22, 2008                    *s/ Elizabeth M. Barros*_____
                                            Federal Defenders of San Diego, Inc.
22                                          Attorneys for Defendant
                                            elizabeth_barros@fd.org
23

24

25

26

27

28