UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
2008 APR 29 P 2: 46

UNITED STATES OF AMERICA )   CASE NUMBER  08mj8325
                         )
vs                       )   ABSTRACT OF ORDER
                         )
                         )   Booking No. 06210298
Maria Patricia Nunez-Acosta )
                         )   ICJ# 884219

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:
Be advised that under date of ___4-29-08___
the Court entered the following order:

_____✓_____ Defendant be released from custody.
_____ Defendant placed on supervised / unsupervised probation / supervised release.
_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
_____ Defendant released on $_____ bond posted.
_____ Defendant appeared in Court. FINGERPRINT & RELEASE.
_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
              _____ dismissing appeal filed.
_____ Bench Warrant Recalled.
_____ Defendant forfeited collateral.
_____✓_____ Case Dismissed.
_____ Defendant to be released to Pretrial Services for electronic monitoring.
_____ Other._____

                                         PETER C. LEWIS
                                    UNITED STATES MAGISTRATE JUDGE
                                                  OR
Received _____           W. SAMUEL HAMRICK, JR.   Clerk
           DUSM                       by _____
                                              Deputy Clerk

Crim-9  (Rev 6-95)                                      ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY